IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRENESHIA DUKES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| NICHOLAS DEATON, in his ) | CIVIL ACTION FILE |
| individual capacity, ) | NO. 1:12-cv-02517-CAP |
| and STEVE BRANHAM, in his ) | |
| individual and supervisory capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE AND REPLY BRIEFS

Counsel for plaintiff having consented hereto and for good cause shown, it is ORDERED AND ADJUDGED that the time within which defendants may file the following is hereby extended through and including September 29, 2014:

(1) Reply Brief in Support of Defendants' Motion to Exclude Opinions of Plaintiff's Identified Expert Roy Bedard (Doc. 145);

(2) Reply Brief in Support of Defendants' Motion to Exclude Opinions of Plaintiff's Identified Expert Ronald D. Hartman (Doc. 146);

(3) Reply Brief in Support of Defendants' Motion for Summary Judgment (Doc. 141);

(4)   Reply Brief in Support of Defendants' Motion for Sanctions Based on Spoliation of Evidence (Doc. 142);

(5)   Defendants' Response to Plaintiff's Motion in Limine (Doc. 159); and

(6)   Defendants' Response to Plaintiff's Statement of Facts Which Plaintiff Believes are Material and Present a Genuine Issue for Trial (Doc. 158).

SO ORDERED, this __10th__ day of September 2014.

/s/CHARLES A. PANNELL, JR.
_____
CHARLES A. PANNELL, JR.
United States District Judge